### DOBBIN & WIFE vs. WRIGHT ET AL.

Mr. Chief Justice ENGLISH: The facts, pleadings and decree in this case are, substantially the same, so far as they are material to the questions of law involved, as in *Dobbin & Wife vs. Hubbard;* and the decree is affirmed, and the cause remanded with like instructions to the court to make suitable directions for the execution of the decree, &c.

Hon. T. B. HANLEY, not sitting in this case.